UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMAR HUTCHINS,

                Plaintiff,

   v.

FRED MEYER STORES, INC.,

                Defendant.

CASE NO. 3:24-cv-06056-LK

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Lamar Hutchins has filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law and the balance of the record, the Court **ORDERS** as follows:

    1)    Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is **GRANTED**.

    2)    The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the Honorable Lauren King.

    Dated this 6th day of January, 2025.

Grady J. Leupold
United States Magistrate Judge