UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAMAR HUTCHINS,<br><br>    Plaintiff,<br>  v.<br><br>FRED MEYER STORES INC.,<br><br>    Defendant. | CASE NO. 3:24-cv-06056-LK<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. On January 15, 2025, the Court received as undeliverable a letter and summons it had mailed to Plaintiff Lamar Hutchins at his address on file. Dkt. No. 11. On February 3, 2025, the Court's standing orders in this case were returned as undeliverable. Dkt. No. 13.

Local Civil Rule 41(b)(2) provides,

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

ORDER TO SHOW CAUSE - 1

Accordingly, Mr. Hutchins is ORDERED TO SHOW CAUSE by March 16, 2025 why this case should not be dismissed without prejudice for failure to comply with Local Civil Rule 41(b)(2).

The Clerk is directed to send uncertified copies of this Order to Mr. Hutchins at his last known address.

Dated this 5th day of February, 2025.

*Lauren King*

Lauren King
United States District Judge