UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAMAR HUTCHINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRED MEYER STORES INC.,<br><br>　　　　　Defendant. | CASE NO. 3:24-cv-06056-LK<br><br>ORDER OF DISMISSAL |

On February 5, 2025, this Court ordered Plaintiff Lamar Hutchins to show cause by March 16, 2025 why this action should not be dismissed for his failure to comply with Local Civil Rule 41(b)(2). Dkt. No. 14. Under that rule, "the court may dismiss [an] action without prejudice" if mail directed to a pro se plaintiff is returned by the Postal Service and he fails to update his address within 60 days. Mr. Hutchins did not respond to the order, nor has he updated his address since mail was first returned on January 15, 2025. This action is therefore dismissed without prejudice.

Dated this 20th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　_Lauren King_
　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1